Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23−14237−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Diana Gonzalez
    23 Legion Place
    Woodbridge, NJ 07095

Social Security No.:
    xxx−xx−4825

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2023.

Dated: July 18, 2023
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Diana Gonzalez

Debtor

Case No. 23-14237-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 18, 2023 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Diana Gonzalez, 23 Legion Place, Woodbridge, NJ 07095-3319 |
| 519919259 | + | Paramountrmg, Po Box 77404, Ewing, NJ 08628-6404 |
| 519919272 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519919236 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:14:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519919237 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2023 21:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519919238 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 21:14:38 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956685 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2023 21:04:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519919240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:15 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 519963612 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2023 21:05:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519919241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:03:13 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 519919242 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 21:05:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 21:05:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919244 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 21:05:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 21:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2023 21:05:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0312-3        User: admin        Page 2 of 3

Date Rcvd: Jul 18, 2023        Form ID: plncf13        Total Noticed: 49

| | | | |
|---|---|---|---|
| | | Jul 18 2023 21:05:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519919255 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 18 2023 21:03:12 | Macys/fdsb, Attn: Bankruptcy 9111 Duke Boulevard, Mason, OH 45040 |
| 519926420 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 18 2023 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519919248 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 18 2023 21:04:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519919249 | Email/Text: bankruptcycourts@equifax.com | | |
| | | Jul 18 2023 21:04:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 519919250 | ^ MEBN | | |
| | | Jul 18 2023 20:58:51 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519919251 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Jul 18 2023 21:04:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave , Ste 3, Mount Laurel, NJ 08054-1210 |
| 519919252 | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | Jul 18 2023 21:04:00 | FreedomPlus, Attn: Bankruptcy, PO Box 2340, Phoenix, AZ 85002-2340 |
| 519919253 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jul 18 2023 21:05:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 519919239 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 18 2023 21:14:17 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 519944201 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jul 18 2023 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519971841 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 18 2023 21:03:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519919254 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 18 2023 21:04:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 519919256 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | Jul 18 2023 21:04:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519919257 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 18 2023 21:14:18 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519919258 | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jul 18 2023 21:04:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519944225 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Jul 18 2023 21:04:00 | Nissan-Infiniti LT LLC, Fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519919260 | Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Jul 18 2023 21:03:05 | Sofi Lending Corp, Attn: Bankruptcy, PO Box 654158, Dallas, TX 75265-4158 |
| 519919261 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:14:15 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519919262 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:03:17 | Syncb/gateway, PO Box 965060, Orlando, FL 32896-5060 |
| 519919263 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:14:15 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919264 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:14:31 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919265 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:14:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919266 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:14:17 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| 519919267 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:24:52 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919268 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:03:06 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919269 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:03:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 519919270 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:24:52 | Synchrony Bank/PC Richard, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919271 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 18 2023 21:03:56 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 519919273 | ^ MEBN | | |
| | | Jul 18 2023 20:59:06 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 519919274 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 18 2023 21:14:29 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519919275 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jul 18 2023 21:04:05 | Wffnatbank, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Paramount Residential Mortgage Group  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Diana Gonzalez ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4