Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14237−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Gonzalez
   23 Legion Place
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−4825

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       8/23/23
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $5611.00

EXPENSES
expenses: $490.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 25, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14237-MBK |
| Diana Gonzalez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 25, 2023 | Form ID: 137 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Gonzalez, 23 Legion Place, Woodbridge, NJ 07095-3319 |
| 519919259 | + | Paramountrmg, Po Box 77404, Ewing, NJ 08628-6404 |
| 519919272 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2023 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2023 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519919236 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2023 20:54:53 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519919237 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2023 20:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519976106 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 25 2023 20:32:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519919238 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 20:54:57 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956685 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2023 20:44:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519919240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2023 20:54:52 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 519963612 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2023 20:33:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519919241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2023 20:54:52 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 519919242 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 20:32:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 20:32:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919244 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 20:32:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 20:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-14237-MBK    Doc 18    Filed 07/27/23    Entered 07/28/23 00:14:19    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 137 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 25 2023 20:32:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519919247 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 20:32:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519919255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2023 20:43:34 | Macys/fdsb, Attn: Bankruptcy 9111 Duke Boulevard, Mason, OH 45040 |
| 519926420 | | Email/Text: mrdiscen@discover.com | Jul 25 2023 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519919248 | + | Email/Text: mrdiscen@discover.com | Jul 25 2023 20:32:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519919249 | | Email/Text: bankruptcycourts@equifax.com | Jul 25 2023 20:32:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 519919250 | ^ | MEBN | Jul 25 2023 20:30:05 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519919251 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 25 2023 20:32:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave , Ste 3, Mount Laurel, NJ 08054-1210 |
| 519919252 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 25 2023 20:32:00 | FreedomPlus, Attn: Bankruptcy, PO Box 2340, Phoenix, AZ 85002-2340 |
| 519919253 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 20:33:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 519919239 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2023 20:44:09 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 519944201 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 25 2023 20:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519971841 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 20:43:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519919254 | + | Email/Text: Documentfiling@lciinc.com | Jul 25 2023 20:32:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 519976149 | + | Email/Text: Documentfiling@lciinc.com | Jul 25 2023 20:32:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519919256 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 25 2023 20:32:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519919257 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2023 20:43:51 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519919258 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 25 2023 20:32:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 519944225 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 25 2023 20:32:00 | Nissan-Infiniti LT LLC, Fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519975086 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2023 20:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519919260 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 25 2023 20:54:53 | Sofi Lending Corp, Attn: Bankruptcy, PO Box 654158, Dallas, TX 75265-4158 |
| 519919261 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:54:53 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519919262 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:54:56 | Syncb/gateway, PO Box 965060, Orlando, FL 32896-5060 |
| 519919263 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:54:43 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 137 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 519919264 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:43:30 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919265 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:43:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919266 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:54:44 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919267 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:43:42 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919268 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:54:42 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919269 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:43:32 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 960090, Orlando, FL 32896-0090 |
| 519919270 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:44:08 | Synchrony Bank/PC Richard, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519919271 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 20:44:25 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 519919273 | ^ | MEBN | Jul 25 2023 20:29:04 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 519919274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 20:55:07 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519919275 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 20:43:30 | Wffnatbank, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Paramount Residential Mortgage Group  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 25, 2023 | Form ID: 137 | Total Noticed: 52 |

Justin M Gillman
    on behalf of Debtor Diana Gonzalez ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4