Certificate Number: 05781-NJ-DE-037671113

Bankruptcy Case Number: 23-14237



05781-NJ-DE-037671113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2023, at 8:17 o'clock PM PDT, Diana Gonzalez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  August 11, 2023

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President