**Weinstein & Riley, P.S.**
2001 Western Ave., Suite #400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| In re:<br>Diana Gonzalez<br>         Debtor.<br><br>SSN # XXX-XX-3205 | Chapter 13<br>CASE NO. 23-14237-MBK<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Justin M Gillman
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of TD Bank USA, N.A., for account # **XXXXXXXXXXX**, in the amount of $11,466.62 docketed by the court on **July 28, 2023**, claim number 17.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   August 16, 2023

                                                        **Weinstein & Riley, P.S.**

                                                        /s/ Jordan Morrison
                                                        Jordan Morrison, Supervisor
                                                        Representative for Creditor
                                                        2001 Western Ave, Ste 400
                                                        Seattle, WA, 98121
                                                        (206) 269-3490
                                                        bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite #400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| In re:<br>Diana Gonzalez<br>                Debtor.<br><br><br>SSN # XXX-XX-3205 | Chapter 13<br>CASE NO. 23-14237-MBK |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 17 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on August 16, 2023 to the following parties:

Trustee via E-Filing
Albert Russo
docs@russotrustee.com

Debtors' Counsel via E-Filing
Justin M. Gillman
ecf@gbclawgroup.com

U.S. Trustee via E-Filing
US TRUSTEE
USTPRegion03.NE.ECF@usdoj.gov

Dated: August 16, 2023

/s/ Poonsri Wallace
Poonsri Wallace