**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on August 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>    Diana Gonzalez,<br><br>          Debtor(s). | Chapter 13<br><br>Case No. 23-14237<br><br>Hearing Date:  August 23, 2023<br><br>Judge:  Michael B. Kaplan |
|---|---|

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4864-6287-1410, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____5,611.00_____ for services rendered and expenses in the amount of $_____490.00_____ for a total of $_____6,101.00_____. The allowance is payable:

☒ $ __3,101.00__ through the Chapter 13 plan as an administrative priority.

☒ $ __3,000.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for __n/a__ months to allow for payment of the above fee.

rev.8/1/15

2

4864-6287-1410, v. 1