B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:     Case No. 2314237
DIANA GONZALEZ

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC<br>-------------------------------------------<br>Name of Transferee | LendingClub Bank, NA<br>-------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 11<br>Amount of Claim: $13,513.85<br>Date Claim Filed: 07/20/2023 |
| Phone: (877)829-8298<br>Last Four Digits of Acct #: 0576 | Phone:<br>Last Four Digits of Acct #: 0576 |
| Name and Address where transferee payments should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><br>Phone: (877)829-8298<br>Last Four Digits of Acct #: 0576 | Seller Information<br>LENDINGCLUB CORPORATION AS SERVICER FOR BANKNEWPORT<br>595 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO CA 94105 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams            Date: 8/25/2023
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named Lot23-706_LendingClub_PRA_Final Data.xlsx hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on July 31, 2023, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:    23-706

Total Unpaid Balance:    [REDACTED]

Number of Accounts:    [REDACTED]

DATED: July 31, 2023

LC Legal Reviewed

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Corporation

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: BankNewport

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Callune Participations S.a.r.l.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CML Borrower Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Lending Receivables Grantor Trust 2019-A (CLRT 2019-A)

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-22

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-24

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-27

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-28

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-49

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-SLCT5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2018-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2018-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-HP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Edge Focus High Yield Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Forbright Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Franklin Universal Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Heritage Bank N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: ILA Capital Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: KIWI SPV 2019, LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-LCX1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-LCX4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2019-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2019-7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2019-8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2020-T1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Linnean Acer Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: MountainOne Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF 2018-2, Series 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya Funding Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Phoenix Value P2P, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Santander Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Main Fund Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: UMB Bank, NA, as the Ttee of HML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Webster Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee of Alternative Lending Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as trustee of Loan Asset Holding Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holding Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace* (DocuSigned)
Name (print): Brandon Pace
Title: Chief Administrative Officer