| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 23-14237 / MBK

Diana Gonzalez

Petition Filed Date: 05/18/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 07/12/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2023 | $200.00 | 91842910 | 06/26/2023 | $200.00 | 92383070 | 07/24/2023 | $200.00 | 92892650 |
| 09/05/2023 | $650.00 | 93595090 | 10/03/2023 | $650.00 | 94067350 | 10/30/2023 | $650.00 | 94534820 |
| 11/27/2023 | $650.00 | 95008360 | 12/26/2023 | $650.00 | 95476400 | 01/22/2024 | $650.00 | 95921880 |

**Total Receipts for the Period:  $4,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Diana Gonzalez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCLOSURE/ORDER 8/24/23 | Attorney Fees | $3,101.00 | $2,948.15 | $152.85 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,765.44 | $0.00 | $1,765.44 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,797.58 | $0.00 | $3,797.58 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,216.05 | $0.00 | $5,216.05 |
| 4 | NISSAN-INFINITI LT<br>»»  2023 NISSAN ROGUE/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $385.12 | $0.00 | $385.12 |
| 6 | CITIBANK, NA<br>»»  MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $1,024.02 | $0.00 | $1,024.02 |
| 7 | CITIBANK, NA<br>»»  MACY'S CC | Unsecured Creditors | $1,443.14 | $0.00 | $1,443.14 |
| 8 | LVNV FUNDING LLC<br>»»  SYNCHRONY/TJX | Unsecured Creditors | $2,098.47 | $0.00 | $2,098.47 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOVS | Unsecured Creditors | $1,034.13 | $0.00 | $1,034.13 |
| 10 | PARAMOUNT RESIDENTIAL MORTGAGE GROUP<br>»»  P/23 LEGION PLACE/1ST MTG | Mortgage Arrears | $99.00 | $0.00 | $99.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDINGCLUB | Unsecured Creditors | $13,513.85 | $0.00 | $13,513.85 |
| 12 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,911.92 | $0.00 | $3,911.92 |
| 13 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $2,878.13 | $0.00 | $2,878.13 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/PRICELINE | Unsecured Creditors | $8,533.50 | $0.00 | $8,533.50 |

**Chapter 13 Case No. 23-14237 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA | Unsecured Creditors | $1,074.82 | $0.00 | $1,074.82 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $327.62 | $0.00 | $327.62 |
| 17 | TD BANK USA NA<br>»»  FILED IN WRONG CASE | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,500.00 | Plan Balance: | $33,150.00 ** |
| Paid to Claims: | $2,948.15 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $359.75 | Arrearages: | ($650.00) |
| Funds on Hand: | $1,192.10 | Total Plan Base: | $37,650.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.