| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-14237 / MBK**

Diana Gonzalez

Petition Filed Date: 05/18/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 07/12/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $650.00 | 95921880 | 02/20/2024 | $650.00 | 96385100 | 03/18/2024 | $650.00 | 96877270 |
| 04/15/2024 | $650.00 | 97347550 | 05/13/2024 | $650.00 | 97795070 | 06/13/2024 | $650.00 | 98263200 |
| 07/22/2024 | $650.00 | 98912400 | 08/19/2024 | $650.00 | 99355020 | 09/16/2024 | $650.00 | 99792190 |
| 10/15/2024 | $650.00 | 10025125 | 11/12/2024 | $650.00 | 10067487 | 12/30/2024 | $650.00 | 10139417 |

**Total Receipts for the Period:  $7,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Diana Gonzalez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ATTY DISCLOSURE/ORDER 8/24/23 | Attorney Fees | $3,101.00 | $3,101.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,765.44 | $264.66 | $1,500.78 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,797.58 | $569.30 | $3,228.28 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,216.05 | $781.94 | $4,434.11 |
| 4 | NISSAN-INFINITI LT<br>»» 2023 NISSAN ROGUE/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $385.12 | $47.99 | $337.13 |
| 6 | CITIBANK, NA<br>»» MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $1,024.02 | $153.52 | $870.50 |
| 7 | CITIBANK, NA<br>»» MACY'S CC | Unsecured Creditors | $1,443.14 | $216.34 | $1,226.80 |
| 8 | LVNV FUNDING LLC<br>»» SYNCHRONY/TJX | Unsecured Creditors | $2,098.47 | $314.59 | $1,783.88 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOVS | Unsecured Creditors | $1,034.13 | $155.02 | $879.11 |
| 10 | PARAMOUNT RESIDENTIAL MORTGAGE GROUP<br>»» P/23 LEGION PLACE/1ST MTG | Mortgage Arrears | $99.00 | $99.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB | Unsecured Creditors | $13,513.85 | $2,025.86 | $11,487.99 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,911.92 | $586.44 | $3,325.48 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $2,878.13 | $431.46 | $2,446.67 |

**Chapter 13 Case No. 23-14237 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/PRICELINE | Unsecured Creditors | $8,533.50 | $1,279.26 | $7,254.24 |
| 15 | TD BANK USA NA | Unsecured Creditors | $1,074.82 | $161.13 | $913.69 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $327.62 | $36.50 | $291.12 |
| 17 | TD BANK USA NA<br>»»  FILED IN WRONG CASE | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,650.00 | Plan Balance: | $26,000.00  ** |
| Paid to Claims: | $10,224.01 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $808.90 | Arrearages: | $0.00 |
| Funds on Hand: | $617.09 | Total Plan Base: | $37,650.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**